435 A.2d 908

Hayes, Appellant v. Hayes.

Submitted June 9, 1980. Lawrence A. Ruth, for appellant; Albert C. Oehrle, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

435 A.2d 909

Morgan, et al., Appellants v. Gowen, M. D.

Argued May 4, 1981. Harry L. Green, for appellants; Craig L. Staples, for appellee.

Before CERCONE, P. J., and SPAETH and CAVANAUGH, JJ.

Affirmed.